**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

IN RE:

**LEMAR ALLEN BOWERS,**                              **CASE NO.   20-34139**

          **Debtor(s)**                              **CHAPTER 11**

_____

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**
_____

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Paul A. Driscoll, Esquire
Virginia State Bar No. 33476
Zemanian Law Group
223 East City Hall Avenue, Suite 201
Norfolk, VA 23510
(757) 622-0090
paul@zemanianlaw.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

                                                John P. Fitzgerald, III
                                                Acting United States Trustee

October 13, 2020                  By:   /s/ Kathryn R. Montgomery
                                                Office of the U.S. Trustee
                                                701 E. Broad Street, Suite 4303
                                                Richmond, VA 23219
                                                804-771-2310
                                                Fax 804-771-2310
                                                Kathryn.Montgomery@usdoj.gov

Kathryn R. Montgomery, Esq., AUST, VSB No. 42380
Shannon Pecoraro, Esq., VSB No. 46864
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
(804) 771-2310

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  Case No. 20-34139

LEMAR ALLEN BOWERS,  Chapter 11

    Debtor.

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval under 11 U.S.C. § 330, I intend to seek compensation for my services at an hourly rate of $350, plus actual, necessary expenses incurred in the performance of my duties.

Date:  October 13, 2020    /s/ *Paul A. Driscoll*

Paul A. Driscoll
Virginia State Bar No. 33476
Zemanian Law Group
223 East City Hall Avenue, Suite 201
Norfolk, VA  23510
(757) 622-0090
paul@zemanianlaw.com