UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

LeMar Allen Bowers,　　　　　　　　　　　　Case No. 20-34139-KLP
　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor.

## ORDER OF REASSIGNMENT

**IT IS ORDERED** that this bankruptcy case and all related matters are reassigned to the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, and

**IT IS FURTHER ORDERED** that the clerk shall send a copy of this order to the Honorable Kevin R. Huennekens and to all parties-in-interest.

Signed this 15th day of October, 2020.

　　　　　　　　　　　　　　　　　　/s/ Keith L. Phillips
　　　　　　　　　　　　　　　　　Keith L. Phillips
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

　　　　　　　　　　　　　　　　　Entered on Docket:　October 15, 2020