**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:  LEMAR ALLEN BOWERS, | Case No. 20-34139-KRH |
| | **Chapter 11** |
| Debtor. | **(Subchapter V)** |

**SCHEDULING ORDER**

LeMar Allen Bowers (the "Debtor") has elected to proceed with this case under subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). This Scheduling Order facilitates the efficient administration of this Chapter 11 case and ensures adequate and proper notice to all affected parties.

Accordingly, **IT IS ORDERED:**

1. **Subchapter V Case**. Unless otherwise ordered by the Court, this case is governed by the provisions of subchapter V of Chapter 11 of the Bankruptcy Code and the Interim Federal Rules of Bankruptcy Procedure (the "Interim Bankruptcy Rules") as adopted by this Court by Standing Order 20-2.

2. **Debtor's Compliance with Section 1187**. The Debtor must comply with the duties and reporting requirements set forth in section 1187 of the Bankruptcy Code.

3. **Service of Notice of Commencement of Case by the Debtor**. The Debtor must serve notice of the commencement of this case as required under Interim Bankruptcy Rule 2015(a)(4) on any entity known to be holding money or property subject to withdrawal or order of the Debtor on or before **October 27, 2020**.

4. **Objections to Designation**. Any objection to the Debtor's designation as a small business debtor under subchapter V of Chapter 11 of the Bankruptcy Code must be filed with the Court and served in accordance with Interim Bankruptcy Rule 1020(c) no later than **thirty (30) days** after the conclusion of the meeting of creditors held under section 341 of the Bankruptcy Code, or within **thirty (30) days** after any amendment to the subchapter V designation, whichever is later.

5. **Debtors' Section 1188(c) Report**. The Debtor must file with the Court and serve on the subchapter V trustee and parties in interest the report required under section 1188(c) of the Bankruptcy Code no later than **November 20, 2020**.

6. **Status Conference**. The Debtor and the subchapter V trustee must appear before the Court at a status conference on **Wednesday, December 9, 2020, at 1:00 P.M.** The status conference shall be conducted by remote video conference via Zoom for Government in accordance with Richmond General Order 20-5. Persons seeking to

7. **Plan of Reorganization**. The Debtor must file with the Court a plan of reorganization in accordance with section 1189 of the Bankruptcy Code on or before **December 8, 2020**. Unless otherwise ordered, the Debtor must use Official Form 425A.

8. **Additional Deadlines**. The Court will issue subsequent orders that fix the dates for the filing of objections to the plan of reorganization, acceptance or rejection of the plan of reorganization, the confirmation hearing, and any additional dates as may be established by the Court.

9. **Service of Order by the Debtor**. The Clerk shall provide a copy of this Order upon entry to the Debtor, who must serve it on the subchapter V trustee and parties in interest and file a certificate of service with the Court within **seven (7) days** of the date of this Order.

DATED:  October 15, 2020            /s/ Kevin R. Huennekens
                                    UNITED STATES BANKRUPTCY JUDGE

                                    Entered on Docket: October 15, 2020

Copies to:

**LeMar Allen Bowers**
10250 Scots Landing Road
Mechanicsville, VA 23116

**James E. Kane**
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508

**Kathryn R. Montgomery**
Office of the United States Trustee
701 East Broad Street, Ste. 4303
Richmond, VA 23219

**Paul A. Driscoll**
Zemanian Law Group
223 East City Hall Avenue, Suite 201
Norfolk, VA 23510